IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   14-cv-02266-RBJ | Date: September 16, 2014 |
| Courtroom Deputy:   Julie Dynes | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| CITIZENS UNITED | Theodore B. Olson |
| | Amir C. Tayrani |
| | Lucas Townsend |
| **Plaintiff** | |
| v. | |
| SCOTT GESSLER | Matthew D. Grove |
| SUZANNE STAIERT | LeeAnn Morrill |
| | Kathryn A.T. Starnella |
| **Defendants** | |
| COLORADO DEMOCRATIC PARTY | Martha M. Tierney |
| GAROLD A. FORNANDER | |
| LUCIA GUZMAN | |
| DICKEY L. HULLINGHORST | |
| **Intervenor Defendants** | |

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING**

Court in Session: 8:59 a.m.

Appearance of counsel.  Client representative for the plaintiff, Michael Boos, present.

9:01 a.m.       Argument given by Mr. Olson on [4] Citizens United's Motion for Preliminary Injunction with questions from the bench.

Defendant's witness, Seth Masket, called and sworn.

9:37 a.m.       Direct examination of Mr. Masket by Ms. Morrill.

| | |
|---|---|
| 9:56 a.m. | Cross examination of Mr. Masket by Mr. Olson. |
| 10:13 a.m. | Redirect examination of Mr. Masket by Ms. Morrill. |

**10:15 a.m.      Court in recess.**
**10:25 a.m.      Court in session.**

Defendant's witness, Jason Shepard, called and sworn.

| | |
|---|---|
| 10:26 a.m. | Direct examination of Mr. Shepard by Mr. Grove. |
| 10:44 a.m. | Cross examination of Mr. Shepard by Mr. Olson. |
| 11:09 a.m. | Redirect examination of Mr. Shepard by Mr. Grove. |
| 11:12 a.m. | Argument given by Ms. Tierney on [4] Citizens United's Motion for Preliminary Injunction with questions from the bench. **Affidavit of Richard Palacio submitted.** |
| 11:34 a.m. | Argument given by Mr. Grove on [4] Citizens United's Motion for Preliminary Injunction with questions from the bench. |
| 11:52 a.m. | Additional argument given by Mr. Olson on [4] Citizens United's Motion for Preliminary Injunction with questions from the bench. |

**ORDERED:  [4] Citizens United's Motion for Preliminary Injunction is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  12:00 p.m.          Hearing concluded.          Total time in Court:   02:51