IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-002266-RBJ

CITIZENS UNITED, a Virginia Non-Stock Corporation,

    Plaintiff,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State; and
SUZANNE STAIERT, in her official capacity as Colorado Deputy Secretary of State,

    Defendants,

and

COLORADO DEMOCRATIC PARTY,
GAROLD A. FORNANDER,
LUCÍA GUZMÁN, and
DICKEY LEE HULLINGHORST,

    Intervenor-Defendants.

## ORDER

Having read the parties' Joint Status Report, the Court agrees with the procedural approach suggested by the plaintiff. Accordingly, plaintiff may file a motion for summary judgment on or before May 11, 2015. Defendants may file a response on or before June 12, 2015. Plaintiff may file a reply on or before June 26, 2015. The Court requests that the motion and defendants' response be no more than 15 pages, and that plaintiff's reply be no more than five pages (counting all pages).

DATED this day 10th day of April 2015.

2

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge