IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-002266-RBJ

CITIZENS UNITED, a Virginia Non-Stock Corporation,

    Plaintiff,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State; and
SUZANNE STAIERT, in her official capacity as Colorado Deputy Secretary of State,

    Defendants,

COLORADO DEMOCRATIC PARTY, GAROLD A. FORNANDER, LUCÍA GUZMÁN, and
DICKEY LEE HULLINGHORST,

    Intervenor-Defendants.

## PERMANENT INJUNCTION AGAINST DEFENDANTS

Plaintiff Citizens United has filed a complaint for declaratory and injunctive relief against Defendant Wayne Williams, in his official capacity as Secretary of State of the State of Colorado, and Suzanne Staiert, in her official capacity as Deputy Secretary of State of the State of Colorado ("Defendants").  Citizens United's complaint alleges that the registration, reporting, and disclosure requirements of Colorado election law as set forth in Sections 2, 5, and 6 of Article XXVIII of the Colorado Constitution, Sections 1-45-103, 1-45-107.5, and 1-45-108 of the Colorado Revised Statutes, and the related regulations, violate the First Amendment to the United States Constitution and Article II, Section 10 of the Colorado Constitution, both on their face and as applied to Citizens United.  By their Consent to Entry of a Final Judgment and

Permanent Injunction Against Defendants on Citizens United's First Claim for Relief, which has been previously filed, Defendants consent to the entry of this permanent injunction.

    A.    This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1332.

    B.    It is hereby ORDERED that Defendants, in their official capacities, their successors in office and all persons under the jurisdiction, the control or supervision of Defendants are permanently restrained and enjoined from directly or indirectly:

    1.    treating Citizens United, in its capacity as a producer and distributor of films, differently than a broadcast facility or publisher of a print periodical for purposes of the exemptions from the registration, reporting, and disclosure requirements of Colorado election law set forth in Sections 2, 5, and 6 of Article XXVIII of the Colorado Constitution, Sections 1-45-103, 1-45-107.5, and 1-45-108 of the Colorado Revised Statutes, and the related regulations, including with respect to Citizens United's advertising regarding its films; and

    2.    applying or enforcing the registration, reporting, and disclosure requirements of Colorado election law set forth in Sections 2, 5, and 6 of Article XXVIII of the Colorado Constitution, Sections 1-45-103, 1-45-107.5, and 1-45-108 of the Colorado Revised Statutes, and the related regulations, against Citizens United with respect to the film *Rocky Mountain Heist* and its related advertising.

//

//

//

//

3

      C.      This Court shall retain jurisdiction over this action for the purpose of implementing and enforcing this Permanent Injunction

      DATED this 10th day of June, 2015.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge