IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-002266-RBJ

CITIZENS UNITED, a Virginia Non-Stock Corporation,

    Plaintiff,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State; and SUZANNE STAIERT, in her official capacity as Colorado Deputy Secretary of State,

    Defendants,

COLORADO DEMOCRATIC PARTY, GAROLD A. FORNANDER, LUCÍA GUZMÁN, and DICKEY LEE HULLINGHORST,

    Intervenor-Defendants.

## ORDER OF FINAL JUDGMENT ON CITIZENS UNITED'S FIRST CLAIM FOR RELIEF AS APPLIED AND DISMISSAL OF REMAINING CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE

On this date the Court considered the parties' Consent to Entry of Final Judgment and Permanent Injunction Against Defendants on Citizens United's First Claim for Relief [ECF No. 50], and based thereon, hereby ORDERS as follows:

    1.    Final judgment is hereby entered in favor of Plaintiff Citizens United and against Defendants Wayne Williams and Suzanne Staiert, in their official capacities ("Defendants"), based upon the parties' stipulation that the registration, reporting, and disclosure requirements of Colorado election law as set forth in Sections 2, 5, and 6 of Article XXVIII of the Colorado Constitution, Sections 1-45-103, 1-45-107.5, and 1-45-108 of the Colorado Revised Statutes, and the related regulations, violate the First Amendment to the United States Constitution as applied

to Citizens United and all advertisements that Citizens United has run in Colorado relating to the film *Rocky Mountain Heist*.

2.  Citizens United's remaining claims against Defendants alleging that Colorado's registration, reporting, and disclosure requirements violate the First Amendment to the United States Constitution on their face and violate Article II, Section 10 of the Colorado Constitution on their face and as applied to Citizens United are hereby dismissed without prejudice.

3.  A permanent injunction requiring Defendants to (a) treat Citizens United, in its capacity as distributor and producer of films, the same as a broadcast facility or a publisher of a print periodical under the registration, reporting, and disclosure requirements of Colorado election law as set forth in Sections 2, 5, and 6 of Article XXVIII of the Colorado Constitution, Sections 1-45-103, 1-45-107.5, and 1-45-108 of the Colorado Revised Statutes, and the related regulations; and (b) refrain from applying or enforcing those registration, reporting, and disclosure requirements against Citizens United with respect to the film *Rocky Mountain Heist* and its related advertising, shall issue by separate order of the Court.

4.  Defendants shall pay Citizens United reasonable attorneys' fees pursuant to 42 U.S.C. § 1988 as set forth by separate order of the Court.

5.  Nothing in this Order of Final Judgment disposes of Citizens United's claims against Intervenor-Defendants the Colorado Democratic Party, Garold A. Fornander, Lucía Guzmán, and Dickey Lee Hollinghorst.

DATED this 10th day of June, 2015.

BY THE COURT:

*Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge