IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-002266-RBJ

CITIZENS UNITED, a Virginia Non-Stock Corporation,

    Plaintiff,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State; and
SUZANNE STAIERT, in her official capacity as Colorado Deputy Secretary of State,

    Defendants,

COLORADO DEMOCRATIC PARTY, GAROLD A. FORNANDER, LUCÍA GUZMÁN, and
DICKEY LEE HULLINGHORST,

    Intervenor-Defendants.

## ORDER AWARDING ATTORNEYS' FEES
## TO CITIZENS UNITED PURSUANT TO 42 U.S.C. § 1988

Upon consideration of the parties' Consent to Entry of a Final Judgment and Permanent Injunction Against Defendants on Citizens United's First Claim for Relief, which has been previously filed, it is hereby ORDERED that:

    1.    Plaintiff Citizens United is a prevailing party under 42 U.S.C. § 1988; and

    2.    Defendants Wayne Williams and Suzanne Staiert, in their official capacities, shall pay Citizens United reasonable attorneys' fees pursuant to 42 U.S.C. § 1988, in an amount to be determined either by mutual agreement of Citizens United and Defendants, or by application to

//

//

this Court made within 60 days of the entry of final judgment.

DATED this 10th day of June, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge